**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Lindsey Borja, | **Court File No. 11-cv-727 PAM/FLN** |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Bernick, Lifson, Greenstein, Greene & Liszt, P.A., a Minnesota Professional Association, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff, may be and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER STIPULATED AND AGREED** that there is no just reason for delay and that judgment of dismissal with prejudice and on the merits may be entered herein.

**WEIG LAW FIRM**

Dated: April 19, 2011         By   s/Paul H. Weig
                              Paul H. Weig (License #0288792)
                              Attorneys for Plaintiff
                              3101 Irving Avenue South
                              Minneapolis, MN  55406
                              Telephone:   (612) 501-4841
                              Facsimile:    (612) 234-4392
                              paulweig@email.com

2

**BASSFORD REMELE,** *A Professional Association*

Dated:   April 20, 2011              By     s/Michael A. Klutho
                                     Michael A. Klutho (License #186302)
                                     Attorneys for Defendant
                                     33 South Sixth Street, Suite 3800
                                     Minneapolis, Minnesota  55402-3707
                                     Telephone:   (612) 333-3000
                                     Facsimile:    (612) 333-8829
                                     mklutho@bassford.com

2