UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Lindsey Borja, | Court File No. 11-cv-727 PAM/FLN |
| Plaintiff, | |
| vs. | **ORDER** |
| Bernick, Lifson, Greenstein, Greene & Liszt, P.A., a Minnesota Professional Association, | |
| Defendant. | |

---

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated: April 21, 2011

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge of United States District Court